IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**SCRANTON HOUSING AUTHORITY,**

        Plaintiff,

v.

**FREDERICK LITTLE,**

        Defendant.

3:23-CV-518
(JUDGE MARIANI)

FILED
SCRANTON
MAY 16 2023
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 15th DAY OF MAY, 2023, upon review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 9) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 9) is **ADOPTED** for the reasons stated therein.

2. The above-captioned action is **REMANDED** to the Lackawanna County Magisterial District Court.

3. The Clerk of Court is directed to **CLOSE** the federal action.

4. The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of the Lackawanna County Magisterial District Court.

Robert D. Mariani
United States District Court Judge